UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA A. PARR,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | CASE NO. 2:25-cv-00538-LK<br><br>**ORDER TO SHOW CAUSE REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff has filed an application to proceed in forma pauperis ("IFP") in this case. Dkt. 1. In the IFP application, Plaintiff indicates she receives no income, has no money on hand in cash or accounts, owns no valuable property, has no dependents, and incurs no monthly expenses. *Id.* at 1-2. When asked to provide any other information explaining why she cannot pay court fees and costs, Plaintiff responded, "temporary housing. Richard Troberman has the case county afterward." *Id.* at 2.

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for in forma pauperis status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that she "cannot because of [her] poverty pay or give security for the costs and still be

able to provide [herself] and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Plaintiff's application omits information necessary for the Court to determine her ability to pay court fees and costs. Plaintiff does not, for example, inform the Court how she pays for food, shelter, or other basic necessities of life. Plaintiff should not, under these circumstances, be authorized to proceed IFP.

Accordingly, Plaintiff is **ORDERED** to show cause by **April 29, 2025**, why the Court should not recommend her IFP application be denied. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren King.

Dated this 1st day of April, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO SHOW CAUSE REGARDING
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 2